IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KENNETH D. LESLIE,             )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )         2:12cv58-MHT
                               )              (WO)
OFFICER LORENZO GREENE         )
and OFFICER DENNIS DURRY,      )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit against the defendants, two correctional officers, alleging that he was subjected to excessive force by one defendant; that the other defendant failed to protect him; and that he was denied due process through disciplinary proceedings against him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of February, 2015.

                                     /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**