IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KENNETH D. LESLIE,              )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:12cv58-MHT
                                )         (WO)
OFFICER LORENZO GREENE          )
and OFFICER DENNIS DURRY,       )
                                )
    Defendants.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 47) is adopted.

(2) The injunctive-relief request is dismissed as moot and defendants' motions for summary judgment (doc. nos. 7 and 26) are granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

Case 2:12-cv-00058-MHT-CSC   Document 49   Filed 02/02/15   Page 2 of 2

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of February, 2015.

                                   /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE